UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POM GROUP INC, <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Civil Action No. 25-cv-1909 |

## Schedule A

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| | | | |



| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|