IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POM GROUP INC., *Plaintiff*, v. SCHEDULE A DEFENDANTS, *Defendants*. | Civil Action No. 2:25-cv-1909 Hon. William S. Stickman IV |

## HEARING MEMO

HEARING HELD:  Videoconference Motion Hearing
DATE HEARING HELD:  December 11, 2025
BEFORE:  Judge William S. Stickman IV

| Appearing for Plaintiff: | Appearing for Defendants: |
|---|---|
| Michael Mitchell, Esquire | n/a |
| Abby Neu, Esquire | |

Conference began at 1:29 p.m.           Conference concluded at 1:39 p.m.

Stenographer:  Barbara Loch

OUTCOME:

Motion Hearing held re:  Plaintiff's Ex Parte Motion for Entry of a Temporary Restraining Order and Expedited Discovery (ECF No. 3).  The Court finds the requisite elements have been met and the temporary restraining order will issue. $5,000 bond will be required. The temporary restraining order must be served upon Defendants forthwith, and Plaintiff must file proof of the same with the Court.

Injunction Hearing scheduled for 12/23/25 at 1:30 PM in courtroom 8B.

Orders of Court to follow.