IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POM GROUP INC., *Plaintiff*, v. SCHEDULE A DEFENDANTS, *Defendants*. | Civil Action No. 2:25-cv-1909 Hon. William S. Stickman IV |

## ORDER OF COURT

AND NOW, this 11th day of December 2025, IT IS HEREBY ORDERED that if the bond ordered in the amount $5,000.00 (five thousand dollars) is submitted in cash, once received by the Finance Department of the United States District Court for the Western District of Pennsylvania, it shall be placed in the local Court Registry where it is to remain until further order of court.

BY THE COURT:

s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE