# EXHIBIT 1 - Complaint

https://www.komusodesign.com/    November 5, 2025 at 11:21 AM CST

Beware of toxic knock-offs | FREE RETURNS – SHOP NOW

☰    Ⓚ KOMUSŌ    Shop    FAQ    Reviews

SAVE UP TO 20% OFF    FREE SHIPPING ON ORDERS OVER $100    PAY WITH HSA/FSA    FREE RETURNS    SAVE UP TO 20% OFF    FREE SHIPPING ON ORDERS OVER $100    PAY WITH HSA/FSA    FRE



# Calm You Can Carry

A simple tool to slow your breath and reset your mind, anytime, anywhere.

Shop the Shift →    Shop All →

Women'sHealth    THE WALL STREET JOURNAL    SHAPE    Forbes    POPSUGAR.

4.8 ★ +2,500 reviews

### STRESS & BURNOUT 

I love my Komuso Shift! It's very convenient that it's right on my neck. Not only it helps me when I get stressed but doubles as an accessory. I will recommend to everyone who need a tool to help with their stress/anxiety.

Cristina L
*CALIFORNIA*

### SLEEP BETTER 

It's gorgeous and really helps me achieve calm throughout the day. I love using it right before sleep. Lights off, phone down, deep, slow breaths with the Shift... it is helping to calm my mind for an easier drift to sleep!

Nina K
*NEW JERSEY*

### QUIT CRAVINGS 

I truly thought i'd never be able to stop vaping.The Shift has been a lifeline for me for centering myself for meditation, calming my breath and resisting the temptation to self-soothe with nicotine.

MJ H
*LOUISIANA*





## This is where change begins

The Shift extends your exhales to immediately reverse tension by lowering cortisol. It's proven science.

It really is simple. Wearing the necklace allows you to access these longer exhales more often so you can not only reverse anxiety, but prevent it too.



lower blood pressure



lung capacity & longevity



reduce stress & anxiety



improved sleep



lower heart rate



better focus & performance

## The Shift Collection



**Classic Shift**
From $84 ( Best Seller)
Shop Now

**Active Shift**
From $74
Shop Now

**Koko Shift**
From $315
Shop Now



## It works in seconds.

Stanford Labs tested this technique as the fastest way to calm your nervous system naturally. The Shift makes that technique a daily habit because you wear it.

Here's how it works:

1. Inhale through your nose twice

2. Patented chamber guides exhale to release tension

3. Repeat exercise triggering vagus nerve to calm your nervous system in 30 seconds

*2023 Study tested benefits of cyclical physiological sighs

## Komuso breathing improves your health & reduces anxiety.

**83%**
83% of customers report less anxiety and increased calm

**:30**
30 seconds for vagus nerve to calm the nervous system

**79%**
79% recommend and/or gift it to a loved one

## Endorsed by +135 wellness clinicians



"This is a fantastic way to reset and ground yourself. Breathwork is powerful and this is an incredible way to make you present 24/7.



"I have found this to be immensely beneficial. What I think is brilliant about the Shift is that you can feel it around your neck and you get int the habit of using it to feel calm. I would recommend this product times 5,000 to anyone.



Vanessa Grutman – iHP
INTEGRATED HEALTH PRACTITIONER &
KINESIOLOGIST

vanessa.grutman

Daniel Epstein, LPC
LICENSED PSYCHOTERAPIST

daepstein

## Try the Shift for 30 days risk free.

Try it out and if you don't like it – though we promise you will – you can return it with full refund within 30 days.

**Try the Shift →**

Fast shipping. Easy Returns

FREE TKM digital course

100% money back guarantee

## Got questions? We'd love to help.

Why not just breathe on my own?                    +

How does the science work?                         +

Is this just a straw, vape, or whistle?            +

Can I return this?                                 +

Can I pay with my HSA/FSA?                         +



**COMPANY**

Affiliate

Wholesale & Corporate Gifts

Shipping Info

Return Policy

Terms & Conditions

Privacy Policy

GDPR

**LEARN MORE**

Shop

Blog

The Shift - Quit Nicotine

The Komuso Method

How It Works

**YOUR BREATH. YOUR POWER.**

Sign up to receive the latest from Komuso including wellness tips, exclusive offers, and more.

Email

**Join →**

This site is protected by hCaptcha and the hCaptcha Privacy Policy and Terms of Service apply.

© Komuso Design 2025





AS - Armor Black $74 USD →

AS- Soft Pink $74 USD →

AS - Northern Lights $74 USD →

GET THE LOOK →

## Koko Shift Luxury Necklace









GET THE LOOK →

Koko - Sterling Silver $315 USD →

Koko - Gold Vermeil $365 USD →

ULTIMATE LUXURY →

## Flex Fidget Breather – TRENDING



JUST IN

Flex Fidget Breather - 3 pack
$24





Shop Now →

CALM KIDS →

GET THE LOOK →

## Mindful Bracelets



PRE-SALE





SALE | $30 OFF

Cuff - Gold
$105  $135



HEX Bracelet - 14k Gold $34 USD →

CALM? HEX-YA! →

Shop Gold | Silver Now →

GET THE LOOK →

## Ancient Wisdom Amulets







SALE | $19 OFF

**Kaizen - Sterling Silver**
$84  $106

**Tengai - Sterling Silver**
$84  $106

Shop Now →

GET THE LOOK →

Shop Now →

## Mindful Accessories









PRE-SALE

ESSENTIAL

TRENDING

**The Gratitude Practice - tgp.**
$29

**Care Kit**
$24

**Vessel Key Chain**
$38

Cue Necklace $49 USD

Shop Now →

Shop Now →

Shop Now →







SALE | $8 OFF

JUST IN

SALE | $15 OFF

**Box Chain**
$20  $28

**Cuban Link Chain**
$24  $32

**Rotezen Journal**
$30  $45

Shop Now →

Shop Now →

Shop Now →

## Courses - 20% Off

*(the more you know the more you grow)*













**The Science of Breathing** — Elsa Unenge

**TKM: The Komuso Method** — Todd Steinberg

**Quit Smoking and Vaping** — Cody Isabel

**10 Breaths to Manage Stress** — Valerie Scagliola

The Science of Breathing

TKM: The Komuso Method

Quit Vaping and Smoking

10 Breaths to Manage Stress











Everyday Meditation          Growth Mindset for Young Adults          Maternity Breath Course



"

Took a chance and it's been my best self-investment this year! The quality is superb, and it helps me find my center and reset during tough times when I use it. Because it hangs around my neck, it's a constant reminder to breathe. And it includes a course that teaches you how to breathe better to think better to feel better.

MONICA, IL

**COMPANY**

Affiliate

Wholesale & Corporate Gifts

Shipping Info

Return Policy

Terms & Conditions

Privacy Policy

GDPR

**LEARN MORE**

Shop

Blog

The Shift - Quit Nicotine

The Komuso Method

How It Works

**YOUR BREATH. YOUR POWER.**

Sign up to receive the latest from Komuso including wellness tips, exclusive offers, and more.

Email

Join →

This site is protected by hCaptcha and the hCaptcha Privacy Policy and Terms of Service apply.




© Komuso Design 2025

A Family-Owned Wellness Brand



☰          **KOMUSŌ**          Shop   FAQ   Reviews   ⊙   🛒 ⁰




★★★★☆ (1813 Reviews)

## Classic Shift

**Due to order surge, inventory running low**

**$84.00**

Pay in 4 interest-free installments of **$21.00** with shop💳 Learn more

HSA/FSA eligible for qualified customers ⊙ Learn more

<u>THE SHIFT 101</u>     Description     In the Box

The Shift quietly slows your exhale to calm your mind in seconds.

- Awarded most effective breathing technique by Stanford Labs
- Surgical grade stainless steel makes it easy to clean and doesn't fade

Read more

**Color**
Sterling Silver
⬤ ⬤ ⬤ ⬤

**Chain Style**
Luxe Box Chain           [ Luxe Box Chain                    ▾ ]

[ 1  ▾ ]          [        Add to cart        ]

[        **Buy with** shop         ]

☺ **100% Money back guarantee**

☆ **HSA/FSA-eligible at checkout**

🎁 **Free Breathwork Course with purchase**




The original breathing necklace is inspired by 17th century Komuso monks of Japan who used a flute to find stillness.

Your reminder to
**BE STILL**

## COMPLETE THE LOOK



**Total Price:** $207.90 $231.00

[        Add to Cart        ]

☑ **This item:** <u>Classic Shift</u> $75.60 $84.00

[ Sterling Silver / Luxe Box Chain           ▾ ]

☑ <u>Flex Fidget Breather</u> $21.60 $24.00

☑ <u>Course Mastery Pack</u> $89.10 $99.00

☑ <u>Care Kit</u> $21.60 $24.00






**Signature breath course**
is FREE with any Shift



is FREE with any Shift purchase.

A goal without action is just a wish. Likewise, the Shift without a program is like a guitar without lessons or daily practice. Within minutes, TKM transforms the Shift from a tool into a mindfulness instrument that transforms your day.

## Clinician recommended & trusted by users

**83%**

83% of customers have reported less anxiety and increased calm

**:30**

30 seconds for vagus nerve to calm the nervous system

**79%**

79% of users recommend and/or gifted it to a loved one



## Why should I breathe better? It's simple.

The Shift was inspired by the Komuso monks of 17th century Japan who created the tradition of blowing zen with a meditation tool. Simply put, they understood that breathing deeply transforms the way you feel. Our necklace inherits that wisdom and adapts it to modern culture by helping us breathe to slow things down.



## So How Does It Work? It's Even Simpler.

All you have to do is breathe through it. Whether you're feeling anxiety or about to deal with something stressful, you blow through the breathing necklace to create a long exhale which immediately starts to lower your heart rate and blood pressure. After about three breaths, you feel that sense of calm. Get ready to say ahhhhhh, a lot.



## Where did this come from?

We used to think having a busy mind was just part of life. But we needed a break from that busyness. That's when our therapist introduced us to an old straw breathing technique developed by monks. Within seconds we could feel it working which led to a wearable idea. Within a few years, the idea of a breathing necklace has helped over 200,000 busy minds transform how they feel. Are you next?

And people are loving it!







pattistanger

"I have mentioned it on several podcasts now. I love the Shift, it is the best."

brittanyfurlan

"It teaches you how to control your breathing when you are struggling from a panic attack."

imjustakidwithaniep

"I've talked to thousands of people about the Shift and use it all the time."

# Customer Reviews

**4.80** ★★★★★
Based on 1,813 reviews

**Write Review**

Sort ⌄    🔍 Search

Product Reviews    Questions

---

**AR**

✓ Verified Customer
**Ashley R**
El Cajon, US

★★★★★
**Classic Shift Matte Slate / Luxe Box Chain**
i love the color!

Was this review helpful?    Yes    Report    Share

14 days ago

---

**ED**

✓ Verified Customer
**Elias D**
Boston, US

★★★★★
**Classic Shift Sterling Silver / Luxe Box Chain**
Excellent chain.

Was this review helpful?    Yes    Report    Share

16 days ago

---

**A**

✓ Verified Customer
**Anonymous**
Kansas City, US

★★★★★
**Classic Shift Matte Slate / Luxe Box Chain**
Great design

Was this review helpful?    Yes    Report    Share

16 days ago

---

**LH**

✓ Verified Customer
**Lisa H**
Detroit, US

★★★★★
**Classic Shift Rose gold / Luxe Box Chain**
I'm so grateful that I saw Sarai Speer, The Platinum Giraffe use hers on her IG channel.
The rose gold is absolutely stunning.
Really a great reminder to Breathe.

👍 2 people found this review helpful.

Was this review helpful?    Yes    Report    Share

16 days ago

---

**RF**

✓ Verified Customer
**Rachel F**
Hialeah, US

★★★★★
**Classic Shift Rose gold / Luxe Box Chain**
Beautifully designed. The rose gold color helps make this piece look more like high end jewelry.

👍 1 person found this review helpful.

Was this review helpful?    Yes    Report    Share

16 days ago

**CM** Verified Customer
**Charley M**
Florence, US

★★★★★

**Classic Shift Matte Slate / Luxe Box Chain**

Loving my Komuso! I have found a pleasant habit of breathing through the Komuso for 10 minutes after exercise and while at stop lights. I have noticed an extended well being through out the day.

Was this review helpful?   Yes   Report   Share

18 days ago

---

**CM** Verified Customer
**Casi M**
Glen Rose, US

★☆☆☆☆

**Classic Shift 14k Gold / Luxe Box Chain**

One of the worst experiences I've had recently ordered two I received my package empty when I reached out to customer service I basically told too bad. Very disappointed.

👍 2 people found this review helpful.

Was this review helpful?   Yes   Report   Share

19 days ago

---

**KD** Verified Customer
**Kimberly D**
Grand Junction, US

★★★★★

**Classic Shift Rose gold / Luxe Box Chain**

This little miracle is essential for my busy very stressful HR job !

Was this review helpful?   Yes   Report   Share

19 days ago

---

1   2   3   4   5   6   7   8   9   10   ...   227

## Frequently asked questions.

Can I just breathe on my own?                                    +

Won't a straw work just as well?                                  +

Why is the Shift so expensive?                                    +

Can I pay with my HSA/FSA?                                        +

Is the Shift patented?                                            +



# Just breathe through it.

**Shop All**



## COMPANY

Affiliate

Wholesale & Corporate Gifts

Shipping Info

Return Policy

Terms & Conditions

Privacy Policy

GDPR

## LEARN MORE

Shop

Blog

The Shift - Quit Nicotine

The Komuso Method

How It Works

## YOUR BREATH. YOUR POWER.

Sign up to receive the latest from Komuso including wellness tips, exclusive offers, and more.

Email

Join →

This site is protected by hCaptcha and the hCaptcha Privacy Policy and Terms of Service apply.

© Komuso Design 2025

**Classic Shift** • $84.00

Shop Now ∧

Beware of toxic knock-offs | FREE RETURNS – SHOP NOW

≡          Ⓚ KOMUSŌ                    Shop    FAQ    Reviews    ⊙    🛒 0

# Wellness, Health, & Mindfulness.



### Does Your Vape Contain Lead? Safer Alternatives Exist

A new study from Johns Hopkins uncovered lead in over half of popular vape pens—posing serious health risks. Learn why your breath is the healthiest alternative, and how Komuso's breathing...

Read more



### The Power of Sensory Tools for ADHD: Helping Kids Thrive

Discover how sensory tools for ADHD can help kids improve focus, manage emotions, and reduce overstimulation, empowering them to thrive in daily life.

Read more



### Grounding Techniques for Anxiety to Calm Your Mind and Body

Discover how grounding techniques for anxiety can help you manage stress and regain control, with practical tips and tools like an anxiety breathing necklace.

Read more



### The Most Common Asked Questions About The Breathing Necklace Answered

Curious how the Komuso Breathing Necklace works? From calming your nervous system to quitting smoking, this guide answers your most common questions.

Read more



### Control the Controllables: A Mini Guide to Not Spiraling into the Abyss

Anxiety will show up—what matters is how you respond. Here's how one breathing necklace and a mental shift changed everything.

Read more



### The Power of Sensory Tools for ADHD: Helping Kids Thrive

Discover how sensory tools for ADHD can help kids improve focus, manage emotions, and reduce overstimulation, empowering them to thrive in daily life.

Read more



### Understanding Sensory Tools for Autism: Enhancing Comfort, Focus, and Self-Regulation

Discover how sensory tools for autism can help manage sensory sensitivities, reduce anxiety, and improve focus.



### The Origin Story of the Komuso Shift

Discover the inspiring journey behind The Shift breathing necklace, blending ancient Komuso monk practices with modern science to help you find calm, reduce stress, and reconnect with your breath.

Read more



### Managing Inflation Concerns and Political Stress

Struggling with financial anxiety, inflation concerns, or political stress? Discover how these factors contribute to political depression and learn strategies to manage them effectively.

Read more

Read more



### Stress Management for Parents

Discover simple, science-backed techniques like grounding and using a breathing necklace for mindful parenting and preventing parental burnout.

Read more



### What the New FDA Cigarette Rule Could Mean for Smokers

Discover how the new FDA cigarette rule could help you quit smoking and how a breathing necklace can support your journey to a smoke-free life.

Read more



### The Best Anxiety Breathing Necklace: Why the Komuso Shift Stands Above the Rest

With an increasing number of knockoffs, here's a look at why the original is the best anxiety breathing necklace on the market.

Read more

1   2   3   …   9   Next

## COMPANY
Affiliate
Wholesale & Corporate Gifts
Shipping Info
Return Policy
Terms & Conditions
Privacy Policy
GDPR

## LEARN MORE
Shop
Blog
The Shift - Quit Nicotine
The Komuso Method
How it Works

## YOUR BREATH. YOUR POWER.
Sign up to receive the latest from Komuso including wellness tips, exclusive offers, and more.

Email

Join →

This site is protected by hCaptcha and the hCaptcha Privacy Policy and Terms of Service apply.

© Komuso Design 2025

A Family-Owned Wellness Brand

☰                                       Ⓚ KOMUSŌ                    Shop      FAQ     Reviews        ⊙      🛒 0



# Every person's wellness journey starts with the right breath.

See how over 200,000 customers experience their Shift.

**See All Reviews**

According to our anxiety riddled fashion director who bought one in January, it works.

THE WALL STREET JOURNAL              Forbes              POPSUGAR.

**4.76** ★★★★⯪                                                          **Write Review**
Based on 2,321 reviews

Browse by category :

Kids/teens    Anxiety/stress    Smoking/Vaping    Trauma/PTSD    Sleep

COPD/Asthma    Meditation    Depression    View All

Sort ⌄    🔍 Search                                    Product Reviews   Company   Third Party

---

**AR**
 Verified Customer
**Ashley R**
El Cajon, US

★★★★★
**Classic Shift Matte Slate / Luxe Box Chain**
i love the color!

Was this review helpful?  Yes  Report  Share                              14 days ago

---

**ED**
✔ Verified Customer
**Elias D**
Boston, US

★★★★★
**Classic Shift Sterling Silver / Luxe Box Chain**
Excellent chain.

Was this review helpful?  Yes  Report  Share                              18 days ago

---

**A**
✔ Verified Customer
**Anonymous**
Kansas City, US

★★★★★
**Classic Shift Matte Slate / Luxe Box Chain**
Great design

Was this review helpful?  Yes  Report  Share                              18 days ago

---

**LH**
✔ Verified Customer
**Lisa H**

★★★★★
**Classic Shift Rose gold / Luxe Box Chain**
I'm so grateful that I saw Sarai Speer, The Platinum Giraffe use hers on her IG channel.
The rose gold is absolutely stunning.
Really a great reminder to Breathe.

Detroit, US

👍 2 people found this review helpful.

Was this review helpful?  Yes  Report  Share

16 days ago

---

**LH**

✅ Verified Customer

**Lisa H**

Detroit, US

★ ★ ★ ★ ★

**Course Mastery Pack**

Didn't purchase!

Was this review helpful?  Yes  Report  Share

16 days ago

---

**RF**

✅ Verified Customer

**Rachel F**

Hialeah, US

★ ★ ★ ★ ★

**Backorder Shipping**

Shipped quickly!!

Was this review helpful?  Yes  Report  Share

16 days ago

---

**RF**

✅ Verified Customer

**Rachel F**

Hialeah, US

★ ★ ★ ★ ★

**Classic Shift Rose gold / Luxe Box Chain**

Beautifully designed. The rose gold color helps make this piece look more like high end jewelry.

👍 I person found this review helpful.

Was this review helpful?  Yes  Report  Share

16 days ago

---

**CM**

✅ Verified Customer

**Charley M**

Florence, US

★ ★ ★ ★ ★

**Classic Shift Matte Slate / Luxe Box Chain**

Loving my Komuso! I have found a pleasant habit of breathing through the Komuso for 10 minutes after exercise and while at stop lights. I have noticed an extended well being through out the day.

Was this review helpful?  Yes  Report  Share

18 days ago

---

**KD**

✅ Verified Customer

**Kimberly D**

Grand Junction, US

★ ★ ★ ★ ★

**Care Kit**

I love that this company designs a necessary maintenance product for their awesome product

Was this review helpful?  Yes  Report  Share

19 days ago

---

**KD**

✅ Verified Customer

**Kimberly D**

Grand Junction, US

★ ★ ★ ★ ★

**Classic Shift Rose gold / Luxe Box Chain**

This little miracle is essential for my busy very stressful HR job !

Was this review helpful?  Yes  Report  Share

19 days ago

---

**JD**

✅ Verified Customer

**Jordan D**

Oakland City, US

★ ★ ★ ★ ★

**Classic Shift Matte Slate / Luxe Box Chain**

I haven't had to take any Valium since I received my Shift.

👍 I person found this review helpful.

Was this review helpful?  Yes  Report  Share

20 days ago

---

**MW**

✅ Verified Customer

**Meredith W**

Gilbert, US

★ ★ ★ ★ ★

**Classic Shift Rose gold / Luxe Box Chain**

The rose gold is a gorgeous tone, and the pendant matches the chain beautifully.

Was this review helpful?  Yes  Report  Share

20 days ago

---

**CC**

★ ★ ★ ★ ★



Great product! Excellent design! Love it!

✔ Verified Customer
**Chad C**
Dallas, US

Was this review helpful?   Yes   Report   Share

20 days ago

TM

★ ★ ★ ★ ★

**Active Shift Northern Lights**
Only the best will do

✔ Verified Customer
**Toby M**
Powell, US

Was this review helpful?   Yes   Report   Share

24 days ago

JC

★ ★ ★ ★ ★

**Classic Shift Sterling Silver / Luxe Box Chain**
I love the necklace! It is beautiful, high quality and, most importantly, very helpful in regulating my breathing.

✔ Verified Customer
**Julie C**

Was this review helpful?   Yes   Report   Share

25 days ago

1   2   3   4   5   6   7   8   9   10   ...   155

⊙ REVIEWS.io



**COMPANY**

Affiliate

Wholesale & Corporate Gifts

Shipping Info

Return Policy

Terms & Conditions

Privacy Policy

GDPR

**LEARN MORE**

Shop

Blog

The Shift - Quit Nicotine

The Komuso Method

How It Works

**YOUR BREATH. YOUR POWER.**

Sign up to receive the latest from Komuso including wellness tips, exclusive offers, and more.

Email

Join →

This site is protected by hCaptcha and the hCaptcha Privacy Policy and Terms of Service apply.

© Komuso Design 2025

Ⓚ KOMUSŌ

## 4 reasons people are ditching the vape & cigs for this metal straw

The Shift is patent designed by a psychotherapist to give you direct control over nicotine withdrawal symptoms such as, anxiety, stress, insomnia, and cravings.

**I WANT TO QUIT NOW!**

try the shift risk free | 30 day money back guarantee



## Why people love the Shift & what to expect



1. They are quitting vaping & smoking easier than ever before.

Breathwork is the best kept secret to wellness, backed by science. The Shift uses a patented design to slow your exhale, giving you more control over stress, anxiety, and craving associated with withdrawal.



**Jordan Layne Kolb**
This actually did work for me. I haven't taken it off in three months and should probably get a back up, because I'm as addicted to this little tube as badly as I was to my vape, but at least I'm just breathing in air now

27w   Like   Reply              11

2. They stop going to vapes & cigs as a crutch to anxiety and stress.

Originally designed to combat stress, reduce anxiety, and elevate mood, the Shift has become the perfect tool to combat withdrawal symptoms from nicotine. Many use cigs & vapes as a crutch for dealing with stress. The Shift acts as a healthier solution and it works because you wear it.



**Paris Alexandria Helton**
I have been vape free for 6 months because of this necklace. It is a Godsend

27w   Like   Reply



3. They replace the oral fixation of hand-to-mouth from smoking & vaping.

The Shift replaces the ritual of smoking and vaping by mimicking the hand-to-mouth motion of taking a drag or puff from a cig or vape.


**Tiffany Marie Ferrant**
Just got mine in the mail today and I already love it! They're so beautifully made and it's like pulling off a vape, I'm hoping this kicks the addiction once and

6w   Like   Reply

### 4. They LOVE how much money they are saving.

You're not just saving your body from the harmful chemicals found in vape and nicotine products, you're saving money, too. The average smoking habit can have an ongoing cost up to $300/month. The Shift is a one time purchase for a lifetime of wellness.

**I WANT TO QUIT NOW!**

try the shift risk free | 30 day money back guarantee



## The results are in...



★★★★★

**Helpful on multiple levels!**

I've been addicted to nicotine for 25 years. In the week I've had the Shift, I've not missed my Juul. This has been a life saver in regards to the oral fixation aspect of quitting.

Jessica Thompson



★★★★★

**Only product to get me to quit!**

Wow... I have been trying to quit vaping for over a year and this is the only thing that successfully addresses the particular oral fixation I have with vaping. Thanks to this I am 2 weeks of no nicotine!

Brian Jacobson



★★★★★

**Works surprisingly well!**

I had mixed emotions about spending so much money on a piece of metal but having recently quit vaping it has really helped take the edge off and calms me in moments of craving and stress.

Meghan Gibson

## Find your nicotine-free quit solution

*Discount codes cannot be used on sale items.



1,568 Verified 5-Star Reviews

FREE COURSE: Buy any Komuso Shift, get The Komuso Method course FREE.



**Active Shift**

**$74.00**

Color

**Buy Now**

Utilitarian Staple

Cerakote Finish

Fixed & Extended Handle



**Classic Shift**

**$84.00**

Color

**Buy Now**

Everyday Luxury

Precious Metal Finish

Minimalist Swivel



**Shift | Quit Smoking Welcome Kit**

**$99.00**

Color

**Buy Now**

Includes:

Classic Shift

30 Day Quit Challenge



# Stop Sucking.

See why the Shift is better than any other solution.

**Komuso Shift**

1 Time Cost of
$65-$115

**Cigs, Vapes & Vapor Inhalers**

Avg. cost/mo
$125-$305

| Komuso Shift | | Cigs, Vapes & Vapor Inhalers |
|:---:|:---:|:---:|
| ✓ | Healthy Habit | ✗ |
| ✓ | Use It Anywhere | ✗ |
| ✓ | Non-Toxic | ✗ |
| ✓ | Long Term Relief | ✗ |
| ✓ | No Refills, Cartridges, Batteries | ✗ |
| ✓ | One Time Cost (saving you $$) | ✗ |

*Komuso Design is the original creator.
Beware of cheap imitations that use harmful metals & fragile chains*

### 30 Day Money Back Guarantee

At Komuso, we're putting you first. We want you to be 100% satisfied with your purchase, and we mean it.

This is why we're willing to take all the risks and let you test-drive the shift risk-free for 30 days.

And if you're not absolutely thrilled with your purchase, simply email us at info@komusodesign.com for a fast and easy refund.

# Thousands of customers agree,
# the Shift works for quitting.








## You're not the first to ask...

Can I inhale through this tool?                           +

Can I just use a straw?                                    +

How is it compared to other tools?                        +

What if it doesn't work for me?                                                    +

The Shift is your new quit solution.

Use the Shift and its scientifically proven breath techniques to recover from daily stresses, situational triggers, and
cravings from withdrawal from vaping and smoking.

**I WANT TO QUIT NOW!**

try the shift risk free | 30 day money back guarantee

Who is Komuso?

Komuso is family run business developing wellness solutions to bring peace, calm, and healthy habits to an ever-busy and constantly
changing world.



Terms of Service

© 2023, Komuso. All rights reserved

Beware of toxic knock-offs | FREE RETURNS - SHOP NOW

☰   　　　　　　　 KOMUSŌ 　　　　　 Shop 　 FAQ 　 Reviews 　 ⊙ 🛒

## The Komuso Method (TKM)
## Starts with The Shift

We've merged the best practices of mental health and wellness into a daily formula. Just like brushing your teeth, you perform this routine twice a day with your Shift. Breathwork + Gratitude + Emotional Granularity = CONTROL

**The Komuso Method course** is FREE  with your purchase of any Shift Necklace. It will teach you how to master this formula in minutes.

Email

**GET FREE ACCESS TO TKM NOW!**






## The Komuso Method is a *free course.*

A goal without action is just a wish. Likewise, the Shift without a program is like a guitar without lessons or daily practice. Within minutes, TKM transforms the Shift from a tool into a mindfulness instrument that transforms your day.

## TKM **breaks** the stress cycle.

Let this sink in: 80% of our thoughts are negative. 90% of those thoughts are repeated the next day*. We call this the daily stress cycle. The science of breathwork converts stress to calm.



Take control of how you feel with TKM.
### Here's the plan





### Emotional Granularity
IMPROVE YOUR AWARENESS

Get better at feeling what you feel. When you practice emotional granularity, you can control your reactions, learn from your feelings, and understand how to grow from them.



**2**

## Structured Breathing

CALM THE BODY AND MIND

Prevention and rescue breaths are anchored by the Shift through SAPS. Learn about the most effective breathing technique to calm the nervous system based on a Stanford study.*

**3**

## Reticular Activation

EXPERIENCE GRATITUDE

Train your thoughts to flip stress into gratitude. Your brain will build new neural pathways that reinforce a new habit of resilience so this flip becomes second nature.

LET'S DO THIS

# TKM delivers daily relief & resilience.

Reducing negative thoughts and breaking the stress cycle empowers you to experience and master...

Fall Asleep Faster    Deeper Focus    Lower Blood Pressure    Less Mood Swings

## Unlock TKM with your Shift.

★★★★★



1,568 Verified 5-Star Reviews

FREE TKM COURSE: Buy any Komuso Shift, get The Komuso Method course FREE. Sold separately for $54



### Active Shift
**$74.00**
Color

BUY NOW

Utilitarian Staple
Cerakote Finish
Fixed & Extended Handle
Adjustable Nylon Cord



### Classic Shift
**$84.00**
Color

BUY NOW

Everyday Luxury
Precious Metal Finish
Minimilist Swivel
25" or 28" Chain



### The Classic Bundle
**$105.00**
Color

Sold Out

Includes:
Classic Shift
Luxe Box Chain
Cleaning Kit

*Komuso Design is the original creator.
Beware of cheap imitations that use harmful metals and fragile chains*

|  Free US Delivery |  Warranty |  Worry-Free Trial | After-Sale Service |
|---|---|---|---|
| Free delivery and returns | 1-Year warranty policy | 30-Day easy returns | 24/7 support |

# The results are in...



★★★★★

**Such an amazing tool!**

The Shift has quickly become a part of my daily wardrobe. It keeps me accountable to focus on my breathing throughout the day. Not mention it calms the nervous system in less than 1 minute.

Jason Meland



★★★★★

**Amazing!!!**

It's only been a few days since I have been using my Shift daily, and I can 100% say that it has been a game changer. It really help to rest my mind from anxiety.

Adrianna Cleaveland



★★★★★

**One of the best purchases ever!**

This product has literally helped me significantly. I know that I have anxiety. And this literally does what it says.I highly recommend to anyone. A life changer, and game changer!

Davide Aguirre

**I'M READY TO SHIFT**

## 30 Day Money Back Guarantee

At Komuso, we're putting you first. We want you to be 100% satisfied with your purchase, and we mean it.
This is why we're willing to take all the risks and let you test-drive the Shift risk-free for 30 days.
And if you're not absolutely thrilled with your purchase, simply email us at info@komusodesign.com for a fast and easy refund.

**COMPANY**

Affiliate

Wholesale & Corporate Gifts

Shipping Info

Return Policy

Terms & Conditions

Privacy Policy

GDPR

**LEARN MORE**

Shop

Blog

The Shift - Quit Nicotine

The Komuso Method

How It Works

**YOUR BREATH. YOUR POWER.**

Sign up to receive the latest from Komuso including wellness tips, exclusive offers, and more.

Email

Join →

This site is protected by hCaptcha and the hCaptcha Privacy Policy and Terms of Service apply.

 

(Cause 2:275 qay 40139109 WASSS    Document 3Q-22    Filed 1122009V225    Page 29a off 335

Beware of toxic knock-offs  |  **FREE RETURNS - SHOP NOW**

☰                    Ⓚ KOMUSŌ                    Shop    FAQ    Reviews    ⓐ    🛒⁰

# Science & research behind better breathing.

Breathing is simple, right? Inhale. Exhale. Repeat.

It happens automatically. We take more than 23,000 breaths every day without even thinking about it.

But can we breathe better?

The science says yes

## What this page is about:

- How to breathe better.
- Why does the slow exhale work?
- How to breathe better with the Shift.
- Neuroscience Breathing Basics
- Sympathetic nervous system vs. Parasympathetic nervous system
- How does the Vagus Nerve impact breathing?
- What does breathing better do to the brain?
- In English, please: Inhale is the gas pedal. Exhale is the brake.
- How to reset your nervous system naturally.
- How to practice breathing better daily.
- Why don't they teach us how to breathe?
- How to breathe properly.
- 3 reasons we should inhale through the nose.
- Does deep breathing cure everything?

## How to breathe better.

There's one simple way to unlock the secret to breathing better: slow your exhale.

The next time you are feeling anxious or stressed, take a deep inhale through your nose, followed by a long, slow exhale. This simple action will literally flip the stress switch off, and the relax switch on.

The Shift makes it even easier.




## Why does the slow exhale work?

There's all sorts of science behind why this works (which we get into further down the page).

But if you just want the hack and want to start feeling better now, here's why the slow exhale works:

- It tells your nervous system everything is ok
- By turning off the flight-or-fight response
- And switching on the rest and digest response,
- Which physiologically causes your body to chill out.

It's that simple. Slow your exhale to breathe better, think better, and feel better.

Need some proof? Read: Deep Breathing Benefits from Harvard Health.

Shift your breathing.

## How to breathe better with the Shift.

There's a ton of info here. You'll likely forget more than you remember. And that's ok. Don't let the amount of content deter you from starting a breathing routine.

When we first started learning about the power of the breath, it felt a bit like drinking from a firehose.

But here's the great thing about breathwork: it's easy to start. Right now. And you'll feel the impact almost instantly.

And the more you do it, the more consistent you are, the more it helps and the better you feel.

This is why the Shift works so well.

It can help you calm down in the moment, as you are experiencing anxiety or stress.

And it serves as a reminder. It helps you develop a consistent routine.

The Shift is always with you, and it can be used without attracting too much attention. You don't need wifi, you don't have to step outside, you can take a breath break anywhere, and experience the benefits of better breathing, anytime you need to, thanks to the Shift.

Start your routine today.

# Neuroscience Breathing Basics

Don't be nervous. Get it? Nevermind.

There won't be a test. This info is here if you need it or want it.

**The important thing to remember if you want to start experiencing the benefits of better breathing? Deepen and slow down your exhale.**

Our nervous system has two main parts:

- Central nervous: made up of the brain and spinal cord.
- Peripheral nervous system: a network of nerves that branches out from the spinal cord and into all parts of the body.

The peripheral nervous system has two main parts:

- Somatic nervous system: responsible for conscious or voluntary activities and reflexes. It contains motor neurons and sensory neurons. Think walking, or smelling, or talking.
- Autonomic nervous system: responsible for involuntary activities such as regulating heart rate, blood pressure, respiration, digestion, and loads more.

Are you feeling stressed just trying to navigate all of this?

What does this all mean? What it all boils down to is this: our nervous system is responsible for stuff we can control, and stuff we can't.

The autonomic nervous system has three distinct parts:

- Sympathetic nervous system (SNS): responsible for fear and stress responses (you know that fight-or-flight feeling?).
- Parasympathetic nervous system (PNS): responsible for rest and digest responses. It conserves energy when the body is relaxed and maintains homeostasis.
- Enteric: controls digestive function, specifically the movement of water and electrolytes within the gut.

Stick with us: the anatomy lesson is almost over.

## Sympathetic nervous system vs. Parasympathetic sympathetic nervous system.

| Sympathetic Nervous System | Parasympathetic Nervous System |
|---|---|
| Fight or flight response | Rest, digest, restore and relax responses |
| GOAL: prepare the body for stress or danger by shutting down systems not essential to survival | GOAL: return the body to a state of calm, its composed routine and regular operations |
| HOW: increase heart rate, tense up muscles, dilate pupils, open up airways, release adrenaline and glycogen, inhibit stomach activity, secrete epinephrine and norepinephrine | HOW: reduces heart rate, relaxes muscles, contracts pupils, increases saliva production to aid in digestion, constrict airways, stimulate stomach and intestines |
| Activated when you see a bear in the wild. Or when your boss calls you into her office. | Activated when you hug a loved one and they start scratching your back. |
| Activated when you are only taking shallow breaths. | Activated when you are intentional about deep, slow exhales. |
| Activated when you receive notifications from your phone. | Activated when you are calm and at peace in the moment. |

## How does the vagus nerve impact breathing?

The vagus nerve is the main component of the parasympathetic nervous system:

- The vagus nerve is the longest nerve in your body.
- It is the main highway between our digestive systems and organs (such as the gut, liver, heart, and lungs) and the brain (1).
- The vagus nerve is responsible for organ functions such as digestion, heart rate, respiratory rate, and reflexes such as coughing, sneezing, swallowing, and vomiting (1).

## By stimulating the vagus nerve, you can send a message to your body that it's time to relax and de-stress, which leads to long-term improvements in mood, wellbeing and resilience.

But there's one problem

- There's a 4-lane highway running from the body to the brain
- And only a 2-lane highway running from the brain to the body

This means initial stressor signals sent to the brain can trigger a stress response when there is nothing to worry about. Then when the all-clear signal tries to get back to the body, traffic jam.

Now we experience stress and anxiety unnecessarily.

But, when we slow our exhale, we stimulate our vagus nerve, which triggers the parasympathetic nervous system, which reduces anxiety, and calms the mind.

Pop quiz!!! Take out your notebooks and a #2 pencil.

Just kidding.

We get it, this is a lot.

If you remember one thing, let it be this: slow exhale equals good.

If you remember two: shallow breathing is bad. Deepen your inhale. Slow your exhale.

## In English, please: Inhale is the gas pedal. Exhale is the brake.

When we inhale, we activate our sympathetic nervous system. With each inhale, the SNS facilitates a brief acceleration of heart rate (4).

When we exhale, we activate our parasympathetic nervous system. With each exhale, the vagus nerve secretes a transmitted substance, which causes deceleration via the PNS (4).

When we are stressed out or anxious, our body is perceiving danger and the sympathetic nervous system is in overdrive. This is similar to when your car is running in the red. You can't last long in this zone. When you spend too much time in the red, (read: anxious or stressed out), the wheels start falling off.

When we are in a dangerous situation, the body hits the gas pedal (the SNS) to get us to safety. Once the danger is gone, the PNS steps in to return our bodies and minds to their normal, routine operations. We are back to cruising the boulevard with the top down.

But sometimes, we get stuck. Our inhales and exhales get out of balance and the stress response continues to flood our system.

That's where better breathing can help us think better and feel better.

## How to reset your nervous system naturally.

A long, slow exhale is really all you need.

Why do we sigh? Or yawn?

This is our body's way of resetting itself. We have built in systems to help us reset. A sigh or a yawn are our body's way of saying, "hey, it's high time you start breathing better."

The problem is, we aren't listening.

The best way to reset your nervous system is to make a routine of those automatic resets, but to perform them with intention.

## How to practice better breathing daily.

Set a timer for 60 minutes.

Every time the timer goes off, take 2-5 minutes to breathe.

A slow, deep inhale, followed by a slow, long exhale.

Do this all day long and see how it affects your level of anxiety and stress.

## Why don't they teach us how to breathe?

Raise your hand if you learned how to breathe in school.

We learn about the basics of math and grammar, biology and anatomy. Some of us even get to take a foods course and learn the basics of cooking.

But what about the basics of survival? We believe breathing should be at the top of that list.

So here's our crash course in breathing properly.

## How to breathe properly.

With a few simple tweaks to the timing and mechanics of your breath, you can start breathing properly (and experiencing the benefits) right now.

To feel the full effect of breathing properly, repeat this cycle for 5 minutes.

### How to inhale:

- Place one hand on your chest and the other on your belly.
- Inhale slowly through the nose.
- Breathe into your belly.
- The hand on your belly should move. Not the one on your chest.
- Fill your belly up with air and pause when full.

### How to exhale:

- Play around with exhaling through the nose and the mouth.
- Start slowly. As slowly as you can.
- Exhale all of your air out.
- Feel the hand on your belly move again.
- Pause for a second before the next inhale.

The Shift is designed to help you slow your exhale. Learn more.

## 3 reasons we should inhale through the nose.

Did you know: 61% of American adults self-identify as mouth breathers (13)?

Or that mouth breathing impacts quality of sleep nearly as much as stress?

Or that blocked nasal passages (which then force mouth breathing) can impact functional brain connectivity (14)?

There are three main reasons we should inhale through the nose instead of the mouth.

1. Filter out dust and other allergens to keep them out of your lungs.
2. Warm and humidify the air you breathe in to make it easier for your lungs to use.
3. Nasal breathing releases nitric oxide, which improves oxygen circulation.

Bonus: inhaling through the nose allows us to take deeper breaths because it engages the lower lungs. If you aren't feeling your belly move when you breathe, you are chest breathing and not engaging your lower lungs.

## 3 reasons we should exhale slowly.

When we slow our exhale, we stimulate our vagus nerve, which has a host of benefits

The three most important reasons we should focus on slower exhales:

1. Switch off our body's stress and anxiety response.
2. Relax muscles, lower heart rate and blood pressure.
3. Increase feelings of calm and overall resilience.

Remembering to slow your exhale during an anxious moment can be very hard.

Remembering to slow your exhale throughout the day can be very hard.

Making a routine of better breathing and slower exhales can be very hard.

The Shift can help.

# Does deep breathing cure everything?

While it may not be the cure for a broken arm or a busted transmission or the Giant Pacific Garbage Patch, breathing better has a ton of positive effects that impact the entire body. If we focus more energy and awareness on our quality of breath and our daily breathing routine, we can...

## Improve Brain Function Naturally

By making a habit of better breathing, you naturally align your heart rate with your breath, which tells your brain to release endorphins important to proper brain function and a healthy stress response.

If you are only shallow breathing, the release of endorphins doesn't happen (6).

## Calm The Mind, Relax The Body, Manage Stress

A 2016 study discovered a neural circuit in the brain that influences the breathing-brain control connection (8). While we still aren't exactly sure how this center accomplishes this task, we do know it is part of the brain's "breathing pacemaker," which influences emotional states by altering the breathing rhythm.

From the University of Michigan Health Department: "Deep breathing is one of the best ways to lower stress in the body... because it sends a message to your brain to calm down and relax. The brain then sends this message to your body (9)."

## Strengthen The Brain, Sharpen The Mind & Boost Attention Span

A study conducted by Trinity College of Neuroscience and the Global Brain Health Institute found controlled breathing, and focusing on your breathing rhythm, can affect levels of noradrenaline (10).

Noradrenaline is released into your body when you are challenged, curious, exercised, focused, or emotionally aroused. At the right levels, it also enhances attention to detail and improves overall brain health by encouraging the brain to grow new neural connections, sort of like brain fertilizer (11).

Why does this work? When we're stressed, too much noradrenaline is released into your body making it hard to focus. With too little noradrenaline, you feel lethargic (10). Again, it's difficult to focus. So by regulating your breathing patterns and rhythm, you can balance and control the levels of noradrenaline that is released into your body.

## Keep Your Brain Healthy & Young

As we age, our brains typically lose mass. But in the brains of long-term meditators, the brains lose less mass and appear more youthful (11). Again, the research shows this could be due to breathing ability to balance the release of noradrenaline into the body.

## Influence Emotion, Attention, Body Awareness

A study published in the Journal of Neurophysiology found that paced, intentional breathing activates brain structures responsible for thinking, feeling, and moment-to-moment awareness (7).

## Contemplative Activities & Breathing Impacts Overall Health

Contemplative activities (ContActs) have been found to have beneficial effects on physical and mental health, and cognitive performance (12).

Here's a list of the benefits concerning the positive effects of ContActs (12).

1. Decrease cardiometabolic risk factors
2. Improvement in immunological function
3. Functional anti-inflammatory effects
4. Improvement in general physical function, notably bone density, balance, strength, and flexibility
5. Decrease stress and negative affect
6. Increase in well-being and self-efficacy
7. Reduce symptoms in affective psychopathology
8. Enhance executive functioning and working memory
9. Act as a buffer against age-related decline of cognitive function
10. Enhance attentional functioning (also in people diagnosed with ADHD)
11. Enhance creativity, especially increased verbal creativity

Disclaimer: while the evidence seems to support the following findings gathered from a handful of studies, as the site points out, more research is needed.

Is there a downside to breathing better? It's sort of like climate change: sure, the science isn't always in agreement and it can't predict the future, but what's the harm? We all know we shouldn't dump a bucket of paint in the ocean, and we all understand resources on the planet are finite, and trees are a good thing.

Same thing with breath. We don't need a ton of research to tell us we feel better when we are breathing properly.

When we don't focus some attention on our breath, we tend to feel anxious, stress tends to increase. So why not work to change our breathing routine and breathe better. At the very least, we can feel better today. Like, right now, today.

# Is breathwork scientifically proven?

You tell us. After reading through the content here, and perusing the resources below, do you believe breathwork is scientifically proven?

Still have questions? Visit our FAQ page.

Wondering if the Shift is for real? Read more than 1,481 5-star reviews.

Want to learn more about our breathing tool?

Resources

1. https://www.frontiersin.org/articles/10.3389/fpsyt.2018.00044/full
2. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6189422/
3. https://www.psychologytoday.com/us/blog/the-athletes-way/201905/longer-exhalations-are-easy-way-hack-your-vagus-nerve
4. https://www.health.harvard.edu/staying-healthy/understanding-the-stress-response
5. https://greatergood.berkeley.edu/article/item/what_focusing_on_the_breath_does_to_your_brain
6. https://www.forbes.com/sites/daviddisalvo/2017/11/29/how-breathing-calms-your-brain-and-other-science-based-benefits-of-controlled-breathing/
7. https://www.uofmhealth.org/health-library/uz2255
8. https://daveasprey.com/breathing-sharpens-brain-study/
9. https://www.sciencedaily.com/releases/2018/05/180510101254.htm
10. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6189422/
11. https://www.sleepreviewmag.com/sleep-disorders/breathing-disorders/snoring/61-self-identify-mouth-breathers/
12. https://jamanetwork.com/journals/jamaotolaryngology/article-abstract/2778439

NOTES FOR FUTURE ADDITIONS

# What is the science behind mindful breathing?

# How do you breathe slower?

# Why is breathwork so powerful?

Physiological benefits of deep breathing
What happens in your body when you take a deep breath
What are the physical benefits of deep breathing
How does breathwork affect the body
Benefits of breathing exercises





Glen Rose, US

🔵 2 people found this review helpful.

Was this review helpful?   Yes   Report   Share                                    24 days ago

1   2   3   4   5   6   7   8   9   10   ...   227



## Frequently asked questions.

Can I just breathe on my own?                                              +

Won't a straw work just as well?                                           +

Why is the Shift so expensive?                                             +

Can I pay with my HSA/FSA?                                                 +

Is the Shift patented?                                                     —

Yes. The Shift is protected by two US patents for its design and utility.
You can reference these patents with the following patent numbers:

- Design Patent Number: US D840,529 S
- Utility Patent Number: US 11,433,195 B2



# Just breathe through it.

Shop All

## COMPANY

Affiliate

Wholesale & Corporate Gifts

Shipping Info

Return Policy

Terms & Conditions

Privacy Policy

GDPR

## LEARN MORE

Shop

Blog

The Shift - Quit Nicotine

The Komuso Method

How It Works

## YOUR BREATH. YOUR POWER.

Sign up to receive the latest from Komuso including
wellness tips, exclusive offers, and more.

Email

Join →

This site is protected by hCaptcha and the hCaptcha Privacy Policy and
Terms of Service apply.

 

© Komuso Design 2025

Classic Shift • $84.00                                          Shop Now

Amazon

Delivering to Fort Laud... 33305
Update location

All

Search Amazon

Amazon Haul    Medical Care    Luxury    Best Sellers    Amazon Basics    New Releases    Registry    Today's Deals    Gift Cards    Smart Home    Groceries    Prime    Customer Service    Sports & Outdoors    Music    Pharmacy

Amazon Fashion          Women          Men          Kids          Luggage          Sales & Deals

Health & Household › Health Care › Alternative Medicine › Sound Therapy



Visit the KOMUSO Store

**KOMUSO Breathing Necklace Classic Shift - For Habitual Breath Practice, Meditation, Stress and Anxiety Relief - Expert-Designed Breathing Tool to Promote Calm, Mindfulness and Relaxation**

4.1 ★★★★☆    266 ratings

**Currently unavailable.**
We don't know when or if this item will be back in stock.

## Product details

| | |
|---|---|
| Material | Medical grade stainless steel |
| Metal type | Stainless Steel |
| Clasp type | Swivel |
| Chain type | Box |
| Gem type | No Gemstone |

## About this item

- BREATHE YOUR WAY TO FREEDOM: Inspired by ancient Japanese meditation techniques, the Komuso Breathing Necklace is designed by a psychotherapist to regulate breathing, ease cravings, and promote calm. By slowing your exhale, it naturally soothes the nervous system - helping you quit smoking or vaping while reducing stress anytime you need relief.
- CALM ANXIETY, ANYTIME, ANYWHERE: Your pocket-sized peacekeeper. This breathing necklace for anxiety helps reduce racing thoughts and soothe anxiety, whether at work, in traffic, or during restless nights - no apps or charging needed.
- DESIGNED FOR WELLNESS & MINDFULNESS: Crafted by a psychotherapist, this breathing necklace to quit smoking merges science with style. It encourages mindful living, eases anxiety, and supports mental clarity - empowering you to feel grounded every day.
- THE PERFECT GIFT OF WELL-BEING: Inspire calm and self-care with a thoughtful gift. This Komuso breathing necklace is ideal for loved ones looking to manage stress, or cultivate healthier habits - a gift of lasting tranquility.
- QUIT SMOKING AID: Equipped with Breathlink vaporless inhaler technology, this quit smoking necklace offers a smokeless and healthier alternative to traditional smoking methods. It mimics the hand to mouth action, helping you manage cravings and transition to a smoke free life.
- IS THE SHIFT PATENTED? Yes. The Shift is protected by two US patents for its design and utility. You can reference these patents with the following patent numbers. Design Patent Number: US D840,529 S Utility Patent Number: US 11,433,195 B2

∧ See less

