# EXHIBIT 3 -
# Complaint

US00D840529S

(12) **United States Design Patent**
Steinberg

(10) Patent No.: **US D840,529 S**
(45) Date of Patent: ✱✱ **Feb. 12, 2019**

(54) **BREATHING APPARATUS**

(71) Applicant: **Todd Joseph Steinberg**, Fort Lauderdale, FL (US)

(72) Inventor: **Todd Joseph Steinberg**, Fort Lauderdale, FL (US)

(✱✱) Term: **15 Years**

(21) Appl. No.: **29/614,461**

(22) Filed: **Aug. 18, 2017**

(51) LOC (11) Cl. ............................................... **29-02**
(52) **U.S. Cl.**
USPC ........................................................ **D24/110**
(58) **Field of Classification Search**
USPC ......... D24/107, 108, 110.1, 164, 110, 110.5,
D24/113; D10/119.3; D11/79;
D27/162–165, 167, 169–170
CPC ........ A61M 2202/064; A61M 15/0021; A61M
15/06; A61M 15/009; A61M 15/0028;
A61M 15/0065; A61M 15/0091; A61M
15/00; A61M 15/0025; A61M 11/005;
A61M 15/0085; A61M 11/02; A61M
16/14; A61M 11/003; A61M 11/007;
A61M 21/02; A61M 16/0045; A24F
47/008; A63B 23/18; A61B 5/0205
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D25,238 S | ✱ | 3/1896 | Abell .......................... D10/119.3 |
| 1,094,006 A | ✱ | 4/1914 | O'Reilly ................. G10K 5/00 |
| | | | 446/204 |
| 1,930,504 A | ✱ | 10/1933 | Benjafield ............... G10K 5/00 |
| | | | 200/60 |
| D141,458 S | ✱ | 6/1945 | Rabbes ........................ D24/110 |
| 2,739,065 A | ✱ | 3/1956 | Hugin ..................... A23G 3/50 |
| | | | 426/104 |
| D214,972 S | ✱ | 8/1969 | Katerndahl ................. D24/110 |
| 4,403,616 A | ✱ | 9/1983 | King ...................... A63B 23/18 |
| | | | 482/13 |
| 4,444,202 A | ✱ | 4/1984 | Rubin ................... A61B 5/0875 |
| | | | 482/13 |
| 4,770,413 A | ✱ | 9/1988 | Green ................... A63B 23/18 |
| | | | 137/219.5 |
| D301,513 S | ✱ | 6/1989 | Wright ............. D10/119.3 |
| D321,227 S | ✱ | 10/1991 | Norell .................... D21/662 |
| D344,037 S | ✱ | 2/1994 | Parsons ........... D10/119.3 |
| D399,564 S | ✱ | 10/1998 | Rogerson ............. D24/164 |
| D692,140 S | ✱ | 10/2013 | Alvino ................. D24/164 |
| 2006/0178245 A1 | ✱ | 8/2006 | Schiller ......... A63B 23/18 |
| | | | 482/13 |
| 2016/0375213 A1 | ✱ | 12/2016 | Zlupko ......... A61M 16/0488 |
| | | | 128/200.24 |

(Continued)

OTHER PUBLICATIONS

Lalonde, Hanna. My 10 Second Meditation Hack. NatalieLangston. com. Date published: Mar. 27, 2018. Retrieved from the internet <http://www.natalielangston.com/my-10-second-meditation-hack/> (Year: 2018).✱

*Primary Examiner* — Karen E Kearney
*Assistant Examiner* — Lilyana Bekic
(74) *Attorney, Agent, or Firm* — Jeffrey S. Melcher

(57) **CLAIM**

I claim the ornamental design for a breathing apparatus, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the breathing apparatus;
FIG. **2** is a front view of the breathing apparatus;
FIG. **3** is a back view of the breathing apparatus;
FIG. **4** is a right side view of the breathing apparatus;
FIG. **5** is a left side view of the breathing apparatus;
FIG. **6** is a bottom view of the breathing apparatus; and,
FIG. **7** is a top view of the breathing apparatus.

**1 Claim, 6 Drawing Sheets**



**US D840,529 S**
Page 2

(56)            **References Cited**

U.S. PATENT DOCUMENTS

2018/0056017 A1 *   3/2018   Steinberg ..............  A61M 21/02
2018/0093067 A1 *   4/2018   Moll Neto ........  A61M 15/0001

* cited by examiner

**U.S. Patent**      Feb. 12, 2019      Sheet 1 of 6      **US D840,529 S**



FIG. 1

Case 2:25-cv-01909-WSS   Document 30-4   Filed 12/09/25   Page 5 of 9



FIG. 2



FIG. 3



FIG. 4

Case 2:25-cv-01909-WSS    Document 30-4    Filed 12/01/25    Page 8 of 9



FIG. 5

**U.S. Patent**   Feb. 12, 2019   Sheet 6 of 6   US D840,529 S



FIG. 6



FIG. 7