# EXHIBIT 4 -
# Complaint









