# EXHIBIT 7
# to
# Complaint



Case List    Brand Library    Case agency    Law firm information

Frequently asked questions    other    about



### 59 stores accused! Copyrights of celebrity parody paintings of holy figures exposed!

January 13, 2025 • Comment

Read more ▸



### Black Castor Oil copyright image exposed! List of defendants!

January 11, 2025 • Comment

Read more ▸



### 517 stores accused! Take a quick look at the RYZE SUPERFOODS coffee trademark!

January 10, 2025 • Comment

Read more ▸



### The copyright of flower and animal illustrations is being protected! Sellers, please check and remove them from the shelves immediately!

January 10, 2025 • Comment

Read more ▸



### Watercolor paintings of natural elements are a must-see! Taylor Bates files a lawsuit to protect copyrighted paintings!

January 10, 2025 • Comment

Read more ▸

Type and press Enter...

SellerDefense WeChat Official Account



US law firm case settlement agency



SellerDefense Xiaohongshu



Law firm agency brand



### Keith Law Firm represents funny animal oil painting rights protection case! Watch now to avoid spoilers!

January 9, 2025 • Comment

Read more ▸



### This illustration of a woman's back cannot be used! Sellers please check and remove it immediately!

January 9, 2025 • Comment

Read more ▸



### Keith Law Firm has three consecutive cases! Take a quick look at the flower illustrations to avoid spoilers!

January 9, 2025 • Comment

Read more ▸



### The lighting device patent is published! This light-filling makeup mirror should be checked and lightning-proofed!

January 7, 2025 • Comment

Read more ▸



### +1 case involving Chinese plaintiffs! Patent protection case for the appearance of thermal transfer machine table frame!

January 7, 2025 • Comment

Read more ▸

1  2  3  4  5  …  151  →

---

GBC Agent Brand List
Keith's Agent Brands
EPS Agent Brand List
David's Agent Brands

**Useful links**

How can cross-border sellers reduce the risk of being sued for infringement?
AliExpress Intellectual Property Zone
DHgate Intellectual Property Zone
Ebay VERO
How to Search a U.S. Trademark
How to search a Chinese trademark
The Basics of Litigation Settlement

**Categories**

Baker
David
EPS
FERENCE
Flener
GBC
GulbransenLaw
HSP
Johnson & Pham LLP
Keener
KEITH
LOEB
Marshall
Saper
SKGF
SLADKUS
SMG
Spence PC
Thoits
Uncategorized

Seller Law Firms

SellerDefense.cn 2017-2022
Shanghai ICP No. 13015943-1



Case List  Brand Library  Case agency  Law firm information

Frequently asked questions    other    about

# CASE AGENCY

front page / Case agency

Notice for Agents of US Intellectual Property Cases:

1) Using an agent does not incur any additional costs, and you only need to communicate with the agent, and most of the time you do not need to communicate with a lawyer.

2) Since 2016, we have successfully represented tens of thousands of cases for law firms such as GBC, Keith, SMG, EPS, etc., and have accumulated rich experience.

3) Attorney Fees: **Free at first. Payment is required after confirming and signing the settlement agreement. No fee is charged if you do not sign** .

For specific lawyer fees, please consult SellerDefense WeChat: **dearzhi2019**

4) Proportion of settlement amounts of each law firm

The following is our estimate based on previous cases. The final amount is subject to the actual settlement agreement of the law firm.

- GBC Settlement Amount The
  settlement fee is charged according to the amount you have frozen (GBC will look at the amount they have frozen at that time). For example, if you freeze 3500USD, GBC will charge 3000USD; if you freeze 2256USD, GBC will charge 2000USD. However, if you freeze PayPal, GBC will charge a higher percentage, even more than the frozen amount. If you freeze more than 5000USD, GBC will charge 60-80%. If the frozen amount is less than 2000USD, GBC will generally charge 2000USD, but some brands charge a higher price, which is not absolute.
- Keith's settlement amount:
  If the account frozen amount is less than 1000USD, Keith will take all of it and recently Keith basically has at least 1000USD per store; if the frozen amount is 1000-5000USD, Keith will generally take 60-70%; if the frozen amount is more than 5000USD, Keith will take 60% or even more.
- SMG settlement amount
  SMG mainly pays the settlement amount based on the frozen amount of the seller's account. If the frozen amount is less than 2000USD, the full amount is generally required. For large amounts, the lawyer can negotiate the price, but the seller needs to communicate with the lawyer in detail.
- EPS settlement amount: strictly based on the sales volume/amount of your infringing products. If the sales volume of the infringing products is 0, the settlement is generally a few thousand dollars. If the sales volume reaches dozens or hundreds, the settlement is tens of thousands of dollars. In this case, the settlement is very difficult.

5) When will the other law firm handle the case after receiving the information?

SellerDefense WeChat Official Account



US law firm case settlement agency



SellerDefense Xiaohongshu



- GBC will not start processing the case until all seller accounts in the case are frozen. It will take GBC 3 weeks to process the case after it is frozen.
- Keith generally receives a response within 5-8 working days, except for complex cases;
- The processing time for SMG and EPS is uncertain, mainly depending on the processing efficiency of the other party's law firm, generally about 2 weeks.

6) Processing time: It takes about 2-3 weeks to receive the settlement agreement (for frozen cases), and it takes about 3-4 weeks for the law firm and the platform to process after signing. It will take longer for platforms such as AliExpress or particularly complicated cases. The general process is: 1) Send frozen account information; 2) Reach a settlement signature; 3) The lawyer signs and applies to the court for a withdrawal order; 4) The lawyer sends the withdrawal order to the platform, and the plaintiff applies for the deduction of the settlement money; 5) The account is restored after the platform reviews it.

7) The specific information to be filled in is here: https://task.sellerdefense.cn/Tasks/add

**(After self-registration, please be sure to add Zhige's WeChat: dearzhi2019, so that it is convenient to track the case, otherwise we will not be responsible for delaying the settlement!)**

8) Our contact WeChat: dearzhi2019 QQ15 group: 789733094



### Law firm agency brand

GBC Agent Brand List
Keith's Agent Brands
EPS Agent Brand List
David's Agent Brands

### Useful links

How can cross-border sellers reduce the risk of being sued for infringement?
AliExpress Intellectual Property Zone
DHgate Intellectual Property Zone
Ebay VERO
How to Search a U.S. Trademark
How to search a Chinese trademark
The Basics of Litigation Settlement

### Categories

Baker
David
EPS
FERENCE
Flener
GBC
GulbransenLaw
HSP
Johnson & Pham LLP
Keener
KEITH
LOEB
Marshall
Saper

SKGF

SLADKUS

SMG

Spence PC

Thoits

Uncategorized

Other Law Firms

SellerDefense.cn 2017-2022
Shanghai ICP No. 13015943-1





| | Case List | Brand Library | Case agency | Law firm information |

Frequently asked questions    other    about

# FREQUENTLY ASKED QUESTIONS

front page  /  Frequently asked questions

(Updated: 2020/5/28)

GBC and other law firms sued, and the common problems of eBay, PayPal, Wish, AliExpress, and Amazon being frozen are summarized as follows. SellerDefense has been tracking, collecting, and reporting on law firm dynamics for a long time. At the same time, it cooperates with many Chinese and American lawyers to help sellers and unfreeze their accounts. If you have any questions, you can directly add my WeChat dearzhi2019.

**[Question] Can you tell me about the law firms that frequently file lawsuits and the brand group owners they represent that you are familiar with?**

| Law Firm Abbreviation | Law Firm Full Name | nation | State | Law firm website |
|---|---|---|---|---|
| GBC | Greer, Burns & Crain | USA | Illinois | http://gbc.law |
| Keith | Keith A. Vogt | USA | Illinois | http://vogtip.com |
| David | David Gulbransen | USA | Illinois | http://www.gulbransenlaw.com/ |
| HSP | Hughes Socol Piers Resnick & Dym, Ltd. | USA | Illinois | https://hsplegal.com/ |
| Keener | Keener and Associates, PC | USA | Illinois | http://www.keenerlegal.com/ |
| DBL | Dunlap Bennett & Ludwig, PLLC | USA | Illinois | https://www.dbllawyers.com/ |
| Baker McKenzie | Baker McKenzie | USA | Illinois | https://www.bakermckenzie.com/en |
| AMS | A.M. Sullivan Law, LLC | USA | Illinois | http://amsullivanlaw.com/ |
| EPS | Epstein Drangel LLP | USA | New York | https://ipcounselors.com/ |
| SMG | STEPHEN M. GAFFIGAN, PA | USA | Florida | none |
| Ference | FERENCE & ASSOCIATES LLC | USA | Pennsylvania | https://www.ferencelaw.com/ |
| Sladkus Law Group | Sladkus Law Group | USA | Georgia | https://sladlaw.com/ |

SellerDefense WeChat Official Account



US law firm case settlement agency



SellerDefense Xiaohongshu





| SKGF | Sterne, Kessler, Goldstein & Fox PLLC | USA | Virginia | https://www.sternekessler.com/ |
| ZF | MZF LAW FIRM, PLLC | USA | Texas | http://www.mzflaw.com/ |

GBC agent brand list: https://sellerdefense.cn/gbc-trademarks/ , there are still a few brands we have not added.

KEITH agent brand list: https://sellerdefense.cn/keith-trademarks/

David's agent brand list: https://sellerdefense.cn/david-trademarks/

HSP agent brand list: https://sellerdefense.cn/hsp-trademarks/

DBL agent brand list: https://sellerdefense.cn/dbl-trademarks/

EPS agent brand list: https://sellerdefense.cn/eps-trademarks/

SMG agent brand list: https://sellerdefense.cn/smg-trademarks/

**[Q] What are the settlement costs and attorney fees of each law firm?**

If a settlement is desired, the seller needs to pay two fees: one is the settlement money, which is given to the plaintiff, and the other is the attorney fee, which is given to the lawyer hired by the defendant.

**Settlement Amount** : Each law firm is located in a different state and represents different brands, so the settlement situation also varies. Some settle based on the frozen amount, some settle based on the sales volume of the infringing products, and some settle based on both:

- GBC: Generally, the settlement is based on the balance, and 50%-90% of the frozen amount is required. However, some recent cases also depend on sales volume. If the sales are large, the settlement amount required will exceed the frozen amount. For example, if 2,000 units are sold and 10,000 USD is frozen, they may ask for 30,000 USD at first; the minimum is 2,000 USD. For example, if you freeze 300 USD, they will generally ask for 2,000 USD for settlement; if you freeze 5,500 USD, they may ask for 5,000 USD for settlement;
  - eBay/payal: Since the sellers refuse to settle, GBC can get all the money in the Paypal account after the trial in absentia. Therefore, GBC's settlement conditions are the highest. For those with less frozen funds, basically all of them will be taken. For those with more frozen funds, 50% or more will be taken.
  - Wish: GBC sued Wish, and Wish would impose a fine on the seller's account. The specific amount of the fine is determined by Wish and is usually not the seller's next loan amount. GBC settled based on this fine amount, and the settlement ratio is similar to that of eBay/Paypal.
  - Amazon: GBC sued Amazon and it would freeze lending, and the law firm settled for the amount frozen, with a similar ratio to eBay/Paypal.
  - AliExpress: AliExpress currently does not conduct trials in absentia, so if there is no settlement, neither the law firm nor the seller will get any money. Therefore, GBC's settlement terms will be lower. If the freeze is small, it will generally be 50%. If the amount is large, the proportion will be less, but the minimum is still US$2,000.
- KEITH: In the past, the settlement was mainly based on the frozen amount. They had a minimum settlement requirement for each store. For example, if there were two stores and each store was deducted $10, they would usually ask for $1,000 per store for settlement. The deducted amount was relatively large, usually around 60% or even more. Recently, Keith's law firm has also looked at sales volume in some cases. If the sales volume is large, the settlement amount is high.
- DAVID: The settlement is strictly based on the sales volume of the infringing products. If no product is sold or very few are sold, the settlement is generally 2,000-3,000 USD. The higher the sales volume, the higher the settlement requirement.
- EPS: The settlement is based on how many infringing products were sold. If you didn't sell any, the settlement would be a few thousand dollars. If you sold dozens or hundreds of units, they would

**Law firm agency brand**

GBC Agent Brand List
Keith's Agent Brands
EPS Agent Brand List
David's Agent Brands

**Useful links**

How can cross-border sellers reduce the risk of being sued for infringement?
AliExpress Intellectual Property Zone
DHgate Intellectual Property Zone
Ebay VERO
How to Search a U.S. Trademark
How to search a Chinese trademark
The Basics of Litigation Settlement

**Categories**

Baker
David
EPS
FERENCE
Flener
GBC
GulbransenLaw
HSP
Johnson & Pham LLP
Keener
KEITH
LOEB
Marshall
Saper
SKGF

ask for tens or hundreds of thousands of dollars to settle. So if you sold a lot and were caught by EPS, it would be very difficult to settle.

- HSP/DBL/SMG/Ference/ Sladkus/SKGF settled based on the frozen amount.

**Attorney Fees:** SellerDefense cooperates with many Chinese and American lawyers.

- Small cases (cases with frozen amounts less than $10,000): a fixed fee of RMB 1588-2000 is charged.
- Large amount cases (cases with frozen amounts greater than $10,000): a fee of a certain percentage of the recovery will be charged.

[Q] How should I respond after being sued? What are the consequences of not responding to the lawsuit and what results can be achieved by responding to the lawsuit?

- If PayPal is frozen, the result of not processing it will be that the PayPal balance will be cleared and the account will be permanently frozen.
- If AliExpress is sued, AliExpress will freeze your balance when it receives a temporary freezing order (TRO), but the store can operate normally and subsequent funds can be withdrawn. If there is no settlement, law firms such as GBC will not get the money. Therefore, if the amount frozen on your AliExpress is relatively small, such as 1,000 US dollars, you do not need to settle. If the amount is relatively large, a settlement is required, and GBC's settlement fee requirement for AliExpress is much lower than that of Paypal.
- If Wish is sued, generally Wish will deduct a sum of money from you, and then you can operate your store normally. However, if you are sued by GBC, after the default judgment, Wish will deduct money from time to time and treat you as an ATM. Therefore, if GBC sues Wish, you should reach a settlement as soon as possible.
- Currently, if a lawsuit is filed and the settlement is completed, the AliExpress and Wish stores can definitely be restored, and the PayPal account can generally be restored, but PayPal may do a secondary review and close some accounts that they believe to be higher-risk and less valuable to them, but this situation rarely happens.

[Question] Is it 100% possible to successfully settle the dispute?

All settlements can be successful, the key is how much money is required for the settlement and how long it will take.

[Question] After being sued, should I file a lawsuit or seek settlement?

Currently, the vast majority of cases are settled through negotiation. If the amount is large and you can prove that you have not infringed upon any rights, you can consider filing a lawsuit. However, the lawsuit will take a longer time and you will have to pay more attorney fees. In addition, most lawsuits end with a settlement with the plaintiff.

[Q] How many emails will I receive after being sued?

Usually 2 letters:

1) One is an email from the platform. If your PayPal is frozen, PayPal will send you an email telling you that you are involved in a lawsuit and your account cannot be used without resolving the issue.

2) An email from the other party's law firm, formally notifying you.

If you want to reach a settlement, you can do so when you receive any email. In addition, the other law firm may send you multiple emails later to inform you of the progress of the case, such as emails about trial in absentia, etc. Please note that some cases that are being settled may also receive emails about trial in absentia. These are mass emails and do not mean that your case has not been processed.

【Q】What is the settlement process?

Registration information => Information sent to plaintiff's lawyer => Plaintiff's lawyer issues a settlement agreement => Seller accepts and signs => Pays attorney's fee => Signs and sends

SLADKUS
SMG
Spence PC
Thoits
Uncategorized
Other Law Firms



settlement agreement to plaintiff => Plaintiff sends signed settlement agreement to platform for remittance => After remittance is completed, plaintiff asks court to issue a withdrawal letter => Plaintiff sends the withdrawal letter to platform => Account unfrozen

**[Question] Does the law firm know how much money is in my account?**

After the law firm files a lawsuit in court, it will ask the court to let the platform disclose the amount of money you have frozen, so the lawyer will have access to the data sent by the platform.

For PayPal, AliExpress, and Amazon, this is the balance of your account that was frozen at that time.

For Wish, the Wish platform may deduct a sum of money and then inform the law firm of the amount of the money. From the perspective of protecting the seller, Wish may help the seller conceal it appropriately.

**[Question] My Paypal funds have been frozen. Can I refund the customer to reduce the loss?**

If you don't reconcile and give up your account, then yes.

If you want to settle, this method will not work, because after Paypal and other platforms receive the temporary freezing order TRO from the court, they will freeze your funds, for example $5000, and then inform GBC and other lawyers that your frozen amount is $5000. If you refund $4000, GBC will still settle based on $5000, not your latest balance. In fact, they usually only ask Paypal for your data once.

**[Question] My Paypal account has been frozen for $300. Can I continue selling with my eBay account?**

GBC only freezes the Paypal account, not the eBay account. If Paypal is frozen for $300, GBC will require at least $2,000 for settlement. If you do not reach a settlement, there will generally be no problem with the eBay account, and you can switch to another Paypal to receive payments and continue selling.



However, if you do not settle or respond to the lawsuit, you will end up being tried in absentia. After a period of time, GBC will go to your eBay account and buy a normal product, then obtain your new PayPal and continue to freeze your new PayPal. Even if you do not sell infringing products later, you will lose the case because of the absentia judgment. You need to repay the plaintiff hundreds of thousands of dollars, and the money on the original PayPal is not enough. The plaintiff has the right to continue to freeze your other assets until you settle.

As for EPS law firm, they will freeze your eBay account.

**[Question] My Paypal has been frozen and I choose to settle. Can I continue my business during the settlement process?**

After your account is frozen, GBC will ask the platform to disclose the frozen amount, for example, if it is $3,000, GBC will settle based on this amount, and subsequent deposits will generally not be used as a reference for settlement.

However, we have encountered a situation where a seller had more than 8,000 US dollars frozen. GBC agreed to settle for 7,000 US dollars. The seller delayed signing for a few days. As a result, GBC said that it could not be settled at 7,000 because they later asked Paypal for data again. The seller's account balance became more than 30,000 US dollars. GBC wanted 25,000 US dollars. In the end, the seller had no choice but to settle.

So if you are a big seller, try not to operate your business during the settlement process to avoid greater losses.

If you are a small seller, don't worry, because it takes time to ask Paypal for the data again, and GBC will not waste time asking for it again.

In addition, for other platforms, such as Wish and AliExpress, they will only provide the amount you have frozen at that time.

**[Question] My Paypal has been frozen. Can it be restored after reconciliation?**

Settlement is a necessary condition for Paypal's recovery, but not a sufficient condition.

In other words, without a settlement, Paypal will not be able to recover, but even with a settlement, there is a small chance that Paypal will not be able to recover.

After the settlement, Paypal's security department will review some accounts. If Paypal's security department finds that your business is small, or that you are doing counterfeit products or other problems they deem, they will continue to restrict your account.

The lawyers' responsibility is to ensure the success of the settlement; they cannot influence Paypal. Currently, most accounts are directly restored after the settlement.

**[Question] My eBay account has been sued, but my PayPal account has not been sued. Can we reach a settlement in this case? If so, how much compensation will I have to pay?**

First of all, I need to explain why this happens: Everyone should know that GBC will only freeze PayPal accounts, not eBay accounts. In order to freeze PayPal accounts, GBC must first obtain the seller's PayPal account. They will actually purchase the seller's products, then obtain the PayPal account set up for the purchased products, and then file a case to have the seller freeze it.

Please note that one eBay account will have one PayPal account set up, but each product can have a different PayPal account for receiving payments. For example, the PayPal account set up for eBay account ebayA is PayPalA, but the payment for the product may be PayPalB.

Law firms such as Keith and EPS only take screenshots to collect evidence on eBay because it is efficient and will not be discovered. Therefore, they will not know the PayPal set up for payment on the product. They can only freeze the eBay account, then ask eBay to provide the PayPal set up on the eBay account, and then freeze this PayPal.

In this case, if the eBay account is very important and needs to be resolved through a settlement, and most of the time the PayPal account is set up with little money, it seems that Keith will ask for a minimum amount of money for settlement, such as 1,000USD-2,000USD, and the EPS will be settled based on the sales amount and quantity of your infringing products. If you sell a lot, it will require tens of thousands of dollars for settlement.

As for why eBay restricted the account and removed all products, this is eBay's current handling strategy, which was decided by the platform, not the plaintiff's request for removal. Currently, eBay has little experience with rogue law firms, and as a traditional American company, it has no flexibility in handling the matter, which has caused great losses to sellers.

**[Question] I received a message from eBay saying that I was sued, but neither eBay nor PayPal has frozen my account. What should I do?**

This has happened in cases involving Keith Vogt and other law firms, but GBC will not do this.

The reason is that Keith and other law firms collected evidence by taking screenshots on eBay, but since no orders were placed, they did not know how to collect payments through PayPal for the infringing postings.

After collecting evidence, they have a list of infringing eBay accounts + infringing product item IDs, and then file a case and submit it to the court. After the court passes the temporary freezing order TRO, the law firm will ask eBay to freeze these accounts and tell the law firm the following information about the sellers:

- Sales volume of infringing products on eBay
- Detailed information of the seller's eBay account, including the registrant's name, address, eBay account registration email address, and PayPal email address bound to the backend.

Please note that the law firm and eBay have now reached an agreement that the seller's eBay account will not be restricted when a temporary freezing order is issued. However, if the seller does



not handle it, the seller's account will be frozen after the trial in absentia and all products will be removed from the shelves. However, I haven't heard from sellers for a long time, so I don't know the time and strength of the execution in absentia, but it was indeed like this in the past.

Normally, the law firm will take the email address they received to PayPal and request a freeze on the seller's PayPal account. However, recently there has been a case where the seller was indeed sued, and neither eBay nor PayPal froze the account.

SellerDefense speculates that there are the following possibilities:

1) eBay and PayPal are now two companies. eBay notified the seller first, and PayPal did not have time to freeze the funds, so it froze the funds after a while.

2) eBay does not provide PayPal to law firm sellers, but this possibility is unlikely. If eBay does this, it will violate court regulations and will not benefit eBay.

If this is the case, i.e. eBay and PayPal have not frozen your account, but you have been sued, we recommend:

1) If both eBay and PayPal are important, they must be dealt with and the list of defendants must be obtained for verification. The list of defendants will only be available a long time after the temporary freezing order is issued.

2) If the settlement conditions are too high and you consider giving up, then it is not recommended to use eBay or PayPal.

**[Question ] My account has not been sued, but I just found out that GBC bought things on my eBay account. How can I reduce the risk and loss?**

If GBC is phishing, in most cases they will judge that your product infringes upon your rights, and you will most likely be sued later. If you are phishing on eBay, you will be sued if you post a payment form for PayPal.

After discovering that you have been phished, first determine whether you can abandon the operation of this eBay account. If you can, withdraw all the money from PayPal, close the eBay store, and ignore the subsequent lawsuit. If you need to keep the eBay account, there are two ways to do it:

1) No settlement: immediately change the PayPal account for payment, do not use the original PayPal account that was phished, and withdraw all the money from the PayPal account that was phished. In this way, the subsequent lawsuit will generally not affect the old eBay account and the newly bound PayPal account; but there will be a secondary freezing issue, please refer to other issues in this post;



2) Settlement: Leave 2,000 USD in the old PayPal, and then switch to PayPal; because GBC's minimum settlement requirement is 2,000 USD, they will initiate a lawsuit, and PayPal will tell GBC your account balance. If it is a little more than 2,000 USD, they will ask for 2,000 USD for settlement. If the balance is less than 2,000 USD, they will also ask for 2,000 USD. At that time, your account balance is insufficient and you will need to transfer it by wire, which is more troublesome.

**[Question] I received news that several Paypal accounts were frozen by GBC. These Paypal accounts are used to collect payments in different eBay stores. What should I do?**

[Answer] Currently, when GBC files cases, each case has a list of defendant stores. If the lawsuit is against an eBay store, these stores will be on the list. Please note that Paypal accounts are not on the defendant list.

When GBC places an order to collect evidence, it will know which eBay store sold the infringing product, and will also know the PayPal that received the payment. They will take screenshots of the products and order process of this eBay store, and then add the eBay store to the list of defendants. After obtaining the court's temporary freezing order TRO, they will send a letter to PayPal requesting the freezing of these PayPal accounts. Originally, GBC would not notify eBay, but now GBC will also tell eBay, and eBay will later send an MC999 internal message to tell the seller to deal with it.

When Paypal receives a freezing email, it needs to determine which eBay store has been sued. This can only be verified after the defendant list is released. When Paypal receives the freezing email, there is no list. At this time, the seller needs to check based on the GBC evidence collection address.

If it is found that GBC has placed orders from N eBay accounts, and these accounts are not all on the defendant list, then the stores that have not been sued will be sued again. For example, GBC purchased products from the following stores:

Store A => Receive payment via Paypal A

Shop B => Receive payment via Paypal A

If Paypal A is frozen and it is found that only store A is on the defendant list, then store B will be sued again and Paypal A will be frozen again.

How long was the interval between the two cases? We don't know.

In this case, you need to consider that if you want to keep Paypal A, you will need to settle twice, each time for at least US$2,000.

**[Question] How long will it take for GBC to be frozen after obtaining evidence?**

It is impossible to give an exact time for this. GBC posts about 10+ cases every month, for example:

All cases issued by GBC in 2019: https://sellerdefense.cn/gbc-case-2019

All cases issued by GBC in 2018: https://sellerdefense.cn/gbc-case-2018

GBC currently represents more than 50 brands. Some old brands file 1-2 cases a year, while some new brands file 5-10 cases a year. Their evidence collection is also sporadic. If you are unfortunate enough to be collected by GBC, they will generally sue you the next time they file a case for this brand:

1) If it is an old brand, you may have to wait for several months or more than half a year.

2) If it is a new brand, it may take weeks or months.

So the time is not certain, but we currently have statistics on GBC cases, so you can ask us after a while.

**[Question ] My Amazon account has been frozen. Will the money that comes in later also be frozen?**

If a law firm sues an Amazon seller, Amazon will suspend transferring funds to the seller.

For example, if the original balance is 3,000 U.S. dollars and a freezing order is suddenly received, Amazon will not transfer the funds when the transfer time comes, and the money received from subsequent operations will also be temporarily kept by Amazon.

So what figure did the law firm settle with? According to the data from Amazon that the law firm received, if your balance was $3,000 when you froze it, then Amazon would normally send the law firm $3,000, and the law firm would later settle with $3,000.

However, if the lawyer later asks Amazon to disclose your account balance data again, the settlement will be based on the latest balance, which will be very disadvantageous to the seller.

**[Question ] My AliExpress account has been frozen, and the money in the account has been frozen. Now I am required to appear in court within 21 days. If I do not appear in court, a final judgment will be made. What should I do?**

First of all, if you are a seller on AliExpress, you don't have to worry about the default judgment (or default judgement), because even if there is a default judgment, it can still be settled.

Because the money in AliExpress can only be transferred to GBC after you and GBC sign a settlement agreement. If you don't sign it, it will be frozen in AliExpress.

If the amount you have frozen is relatively small, such as a few hundred US dollars, since the GBC



settlement requires at least 2,000 US dollars, settlement is not recommended at this time. It is not too late to settle later, because your store can still continue to operate, and subsequent funds can be withdrawn.

If the amount of money you have frozen is quite large, such as tens of thousands of US dollars, you can try to reach a settlement, since the money has been frozen and is not yours.

[Q] I was sued by EPS? What should I do?

EPS (Epstein Drangel LLP) can be said to be the most hardcore and smelly law firm.

This law firm is located in New York, USA, and recently represented Mattel's Thomas the Tank Engine. Its accounts on eBay, Wish, AliExpress/Alibaba have been frozen. If GBC deals with eBay, it will only freeze PayPal, and the eBay account will not be touched. EPS will not only freeze PayPal, but will also file a complaint with eBay, asking eBay to restrict your account and remove all your products until you reach a settlement. However, after the settlement, the account and products will need to be put back on the shelves and will no longer be ranked.

If EPS sues a wish seller, the wish account will generally be blocked, and the only way to restore it is through settlement.

If you are unfortunate enough to be sued by EPS, the first step is to confirm the sales data and sales amount of the infringing products. If the number is large, it will be difficult to handle, and they may require a hundred thousand dollars to settle (this is the amount if one has sold 1,000 infringing products). If it is only a few, they may be able to settle for a few thousand dollars.

EPS is also processed very slowly, and the most annoying thing is that the lawyer fees for handling EPS cases are generally high, usually starting from 10,000 RMB.

[Question] My wish account was sued by GBC and more than 300 US dollars were deducted. Should I settle?

If the amount of money deducted is not much, the Wish store can continue to operate. However, if there is no settlement, there will be a risk of secondary deductions, that is, when the case is judged by default, the court will order you to compensate the plaintiff a sum of money, which is generally tens or millions of dollars. After that, Wish will deduct money from the seller's Wish account from time to time until the total amount deducted meets the default judgment amount. If you want to keep your account, it is best to settle with GBC, otherwise it will be very troublesome to handle the subsequent secondary deductions.

[Question] My wish account was sued by Keith and more than 5,000 US dollars were frozen. Should I settle the case? What are the consequences of not settling the case?

First of all, for the Wish platform, if only a sum of money is deducted and there is no settlement, it can continue to operate temporarily, but it will be tried in absentia later, and Wish will deduct money again and again.

If only the money is deducted, there are two situations: less deduction and more deduction:

1) Small deductions: If you do not reach a settlement, you will only be fined once, but you will face the risk of a second deduction later, which is very troublesome to settle.

2) A lot is deducted: Because you can get part of the money back after the settlement, the attorney fee usually starts from 2000 RMB, about 300 USD. If 5000 USD is frozen, Keith usually charges 50%-60%. You can get back 2000 USD, and there will be some money left after deducting the attorney fee. If you do not settle, you will not get back the 5000 USD.

[Q] How long does it take to reach a settlement after receiving the email from the law firm?

Different platforms have different time limits:

1) Paypal: This is the most urgent, because Paypal does not provide any protection for sellers. It is most convenient to have the law firm freeze your Paypal account. That is, if the law firm does not



settle with you, all the money in your Paypal will be gone, and the account will be permanently frozen. After receiving the lawyer's email, it usually takes 21 days to process. If it takes too long, such as 1 month, the case will enter the trial in absentia procedure (default), and the court will rule that you lose. You will lose both the money and the account. You can also seek settlement with GBC later, but you will not get any money back. The account may be restored after GBC withdraws the lawsuit.

2) AliExpress: There is no time limit for this, because GBC will not get the money without a settlement.

3) Wish: In case of settlement after a trial in absentia, the withheld money cannot be recovered, and the settlement can only be based on the money received by the plaintiff's law firm in the trial in absentia. This is very troublesome and time-consuming; therefore, a wish settlement should generally be reached as soon as possible.

4) Amazon: After the trial in absentia, Amazon's lending function will probably not be restored. As for the specific situation, since there are not many cases at present and most of them are handled in a timely manner, we apologize that we cannot provide any preparation information at this time.

**[Question] After I submit my documents, how long does it usually take for the settlement agreement to be issued?**

Sellers usually receive two freezing emails. One is sent by the platform, such as Paypal. This should be the first time the seller knows that his account has been frozen. The other is sent by law firms such as GBC, which officially informs the seller that his account has been frozen.

The email sent by the platform was earlier than the email sent by the law firm, because after the law firm filed the lawsuit, it first applied to the court for a temporary freezing order (TRO) on the seller's financial account. This TRO takes a long time. TRO is used to freeze the seller's financial account (Paypal account, AliExpress account, Wish account). The law firm will soon initiate a preliminary injunction, and then this period will be longer, and the law firm can notify the seller.

Afterwards, the law firm will ask the platform to disclose the seller's frozen amount data. This usually takes some time, perhaps weeks. You can imagine that the platform will not be so active in providing data. After all, it will only do harm to the platform and no good.

The law firm can only reach a settlement after it has mastered the seller's frozen amount data provided by the platform. So if your Paypal was frozen yesterday and you go to settle today, you usually have to wait 2-3 weeks to get the settlement agreement. If you receive a freezing email from Paypal, wait a few days, and then receive a freezing email from GBC or other law firms, and then start to settle, perhaps GBC has already obtained the platform's data at this time, in which case the settlement agreement will be issued quickly.

**[Q] After the settlement, how long will it take for my account to be restored?**

If it is a Paypal account and the balance in the Paypal account is sufficient for the settlement, it can usually be restored in 2-4 weeks.

If it is an AliExpress, Wish, or Amazon account, it will be slower, possibly taking several months, as these platforms are slower in processing deductions.

**[Question] Why did the platform delay deducting funds after I signed the settlement agreement?**

We can consider this question from the platform's perspective: Is it better to give the money to the law firm quickly or slowly?

Obviously, if the platform cooperates every time and gives the money on the platform to the law firm immediately after receiving the settlement agreement, there will be two bad consequences: first, the law firm will be very efficient in making money, and their interest in the platform will grow, which will freeze more platform sellers and ultimately harm the platform's interests. Therefore, the platform will generally delay deducting money from the law firm for a long time. In this way, the defendant will urge the defendant's lawyer, and the defendant's lawyer will urge the plaintiff's law firm. The process of the

https://sellerdefense.cn/about/ January 13, 2025 at 4:45 PM CST



Case List    Brand Library    Case agency    Law firm information

Frequently asked questions    other    about

SellerDefense is a serious media for sharing cross-border e-commerce intellectual property information. We have been sharing GBC prevention and control related information since 2016. The concepts we adhere to are not limited to:

- Let's not talk about feelings, what we advocate is making friends and doing business.
- Information from any other media will not be plagiarized.
- Unverified information will not be disseminated.
- We will not distort information to create panic and induce sellers to make settlements or do things that are beneficial to us.

SellerDefense Team

Type and press Enter...

SellerDefense WeChat Official Account



US law firm case settlement agency



SellerDefense Xiaohongshu



Law firm agency brand

GBC Agent Brand List
Keith's Agent Brands
EPS Agent Brand List
David's Agent Brands

### Useful links

How can cross-border sellers reduce the risk of being sued for infringement?
AliExpress Intellectual Property Zone
DHgate Intellectual Property Zone
Ebay VERO
How to Search a U.S. Trademark
How to search a Chinese trademark
The Basics of Litigation Settlement

### Categories

Baker
David
EPS
FERENCE
Flener
GBC
GulbransenLaw
HSP
Johnson & Pham LLP
Keener
KEITH
LOEB
Marshall
Saper
SKGF
SLADKUS
SMG
Spence PC
Thoits
Uncategorized

Other Law Firms

SellerDefense.cn 2017-2022
Shanghai ICP No. 13015943-1