PAT/TRADE

U.S. District Court
Western District of Pennsylvania (Pittsburgh)
CIVIL DOCKET FOR CASE #: 2:25-cv-01909-WSS

POM GROUP INC v. SCHEDULE A DEFENDANTS  
Assigned to: Judge William S. Stickman  
related Case: 2:25-cv-00708-WSS  
Cause: 35:271 Patent Infringement

Date Filed: 12/09/2025  
Jury Demand: None  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**POM GROUP INC**     represented by    **Abby Marie Neu**  
Whitewood Law PLLC  
57 West 57th Street  
Ste 3rd and 4th Floors  
New York, NY 10019  
917-858-8018  
Email: aneu@whitewoodlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Keaton David Smith**  
Whitewood Law PLLC  
57 W 57th Street  
Ste 3rd and 4th Floors  
Manhattan, NY 10019  
815-993-2820  
Email: ksmith@whitewoodlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Michael Mitchell**  
Whitewood Law PLLC  
57 W. 57th Street  
Ste Floor 3 and 4  
New York, NY 10019  
414-405-3073  
Email: mmitchell@whitewoodlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Ryan E. Carreon**  
Whitewood Law PLLC  
57 W 57th St  
Ste 3rd & 4th Floors  
New York, NY 10019  
917-858-8018  
Email: rcarreon@whitewoodlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

Shengmao Mu
Whitewood Law PLLC
57 West, 57th Street
3rd and 4th Floors
New York, NY 10019
530-304-4560
Email: smu@whitewoodlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

<u>Defendant</u>

SCHEDULE A DEFENDANTS

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 12/11/2025 | 28 | ☐ | BOND ORDER. Signed by Judge William S. Stickman on 12/11/25. (eca) (Entered: 12/11/2025) |
| 12/11/2025 | 27 | ☐ | Minute Entry for proceedings held before Judge William S. Stickman: Motion Hearing held on 12/11/2025 re 3 Motion for Temporary Restraining Order; Motion for Preliminary Injunction; Motion to Expedite Discovery; Motion for Order Restraining Assets filed by POM GROUP INC. (Court Reporter: Barbara Loch) (eca) (Entered: 12/11/2025) |
| 12/11/2025 | 26 | ☐ | SEALED DOCUMENT by POM GROUP INC. This document Sealed pursuant to 14 Order on Motion for Leave to File Documents Under Seal,,. (Mitchell, Michael) (Entered: 12/11/2025) |
| 12/11/2025 | 25 | ☐ | SEALED DOCUMENT by POM GROUP INC. This document Sealed pursuant to 14 Order on Motion for Leave to File Documents Under Seal,,. (Mitchell, Michael) (Entered: 12/11/2025) |
| 12/11/2025 | 24 | ☐ | SEALED EXHIBIT in support of Complaint *Exhibit 6* by POM GROUP INC pursuant to 14 Order on Motion for Leave to File Documents Under Seal,,. (Mitchell, Michael) (Entered: 12/11/2025) |
| 12/11/2025 | 23 | ☐ | SEALED EXHIBIT in support of Complaint *Exhibit 5* by POM GROUP INC pursuant to 14 Order on Motion for Leave to File Documents Under Seal,,. (Attachments: # 1 Exhibit 5-2, # 2 Exhibit 5-3) (Mitchell, Michael) (Entered: 12/11/2025) |
| 12/11/2025 | 22 | ☐ | SEALED EXHIBIT in support of Complaint *Schedule A* by POM GROUP INC pursuant to 14 Order on Motion for Leave to File Documents Under Seal,,. (Mitchell, Michael) (Entered: 12/11/2025) |
| 12/11/2025 | 21 | ☐ | SEALED DOCUMENT by POM GROUP INC. This document Sealed pursuant to 14 Order on Motion for Leave to File Documents Under Seal,,. (Mitchell, Michael) (Entered: 12/11/2025) |
| 12/11/2025 | 20 | ☐ | REDACTION to 1 COMPLAINT, *Exhibit 6* by POM GROUP INC. (Mitchell, Michael) (Entered: 12/11/2025) |
| 12/11/2025 | 19 | ☐ | REDACTION to 1 COMPLAINT, *Exhibit 5* by POM GROUP INC. (Attachments: # 1 Exhibit 5-2, # 2 Exhibit 5-3) (Mitchell, Michael) (Entered: |

| | | | |
|---|---|---|---|
| | | | 12/11/2025) |
| 12/11/2025 | 18 | ☐ | REDACTION to 1 COMPLAINT, *Schedule A* by POM GROUP INC. (Mitchell, Michael) (Entered: 12/11/2025) |
| 12/11/2025 | 17 | | SCHEDULING ORDER. Video conference Motion Hearing set for 12/11/2025 at 1:30 PM before Judge William S. Stickman. Signed by Judge William S. Stickman on 12/11/25. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (eca) (Entered: 12/11/2025) |
| 12/11/2025 | 16 | ☐ | ORDER GRANTING 7 Motion for Leave to File Excess Pages. Signed by Judge William S. Stickman on 12/11/25. (eca) (Entered: 12/11/2025) |
| 12/11/2025 | 15 | ☐ | ORDER GRANTING 5 Motion for Alternative Service. Signed by Judge William S. Stickman on 12/11/25. (eca) (Entered: 12/11/2025) |
| 12/11/2025 | 14 | ☐ | ORDER GRANTING 2 Motion for Leave to File Documents Under Seal. **DO NOT electronically file the sealed version of the document until you electronically file the redacted version of the document, using the Redacted Document event, unless otherwise ordered by the Court. You are required to serve the sealed document on counsel using traditional service methods**. **Document Sealed Permanently**. Signed by Judge William S. Stickman on 12/11/25. (eca) (Entered: 12/11/2025) |
| 12/09/2025 | | | Judge William S. Stickman added. (jd) (Entered: 12/10/2025) |
| 12/09/2025 | 13 | ☐ | NOTICE of Appearance by Ryan E. Carreon on behalf of POM GROUP INC. (Carreon, Ryan) (Entered: 12/09/2025) |
| 12/09/2025 | 12 | ☐ | NOTICE of Appearance by Keaton David Smith on behalf of POM GROUP INC. (Smith, Keaton) (Entered: 12/09/2025) |
| 12/09/2025 | 11 | ☐ | NOTICE of Appearance by Abby Marie Neu on behalf of POM GROUP INC. (Neu, Abby) (Entered: 12/09/2025) |
| 12/09/2025 | 10 | ☐ | NOTICE of Appearance by Shengmao Mu on behalf of POM GROUP INC. (Mu, Shengmao) (Entered: 12/09/2025) |
| 12/09/2025 | 9 | ☐ | NOTICE of Appearance by Michael Mitchell on behalf of POM GROUP INC. (Mitchell, Michael) (Entered: 12/09/2025) |
| 12/09/2025 | 8 | ☐ | Disclosure Statement identifying None as corporate parent or other affiliate, declaring citizenship by POM GROUP INC. (Mitchell, Michael) (Entered: 12/09/2025) |
| 12/09/2025 | 7 | ☐ | MOTION for Leave to File Excess Pages by POM GROUP INC. (Attachments: # 1 Proposed Order) (Mitchell, Michael) (Entered: 12/09/2025) |
| 12/09/2025 | 6 | ☐ | BRIEF in Support re 5 Motion for Alternative Service filed by POM GROUP INC. (Mitchell, Michael) (Entered: 12/09/2025) |
| 12/09/2025 | 5 | ☐ | MOTION for Alternative Service by POM GROUP INC. (Attachments: # 1 Proposed Order) (Mitchell, Michael) (Entered: 12/09/2025) |
| 12/09/2025 | 4 | ☐ | BRIEF in Support re 3 Motion for TRO,, Motion for Preliminary Injunction,, Motion to Expedite,, Motion for Miscellaneous Relief, filed by POM GROUP INC. (Attachments: # 1 Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Declaration, # 8 Exhibit 1) (Mitchell, Michael) (Entered: 12/09/2025) |

| 12/09/2025 | [3](#) | ☐ | MOTION for Temporary Restraining Order , MOTION for Preliminary Injunction , MOTION to Expedite Discovery, MOTION for Order Restraining Asset by POM GROUP INC. (Attachments: # [1](#) Proposed Order) (Mitchell, Michael) (Entered: 12/09/2025) |
|---|---|---|---|
| 12/09/2025 | [2](#) | ☐ | MOTION for Leave to File Documents Under Seal by POM GROUP INC. (Attachments: # [1](#) Proposed Order) (Mitchell, Michael) (Entered: 12/09/2025) |
| 12/09/2025 | [1](#) | ☐ | [COMPLAINT](#) against SCHEDULE A DEFENDANTS (Filing fee, including Administrative fee, $405, receipt number APAWDC-9238772), filed by POM GROUP INC. (Attachments: # [1](#) Civil Cover Sheet, # [2](#) Exhibit 1, # [3](#) Exhibit 2, # [4](#) Exhibit 3, # [5](#) Exhibit 4, # [6](#) Exhibit 7) (Mitchell, Michael) (Entered: 12/09/2025) |

[View Selected]

or

[Download Selected]