UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POM GROUP INC, <br><br> Plaintiff, <br><br> v. <br><br> AWAKENINGSSTORE, et al., <br><br> Defendants. | Case No. 2:25-cv-1909 <br><br> **Judge Hon. William S. Stickman IV** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| **Defendant Seller Name** | **DOE No.** |
|---|---|
| ZiJing Co | 27 |
| Miravique | 59 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Date: February 10, 2026  Respectfully submitted,

By: /s/ Keaton Smith
Keaton Smith, IL #6347736
Shengmao (Sam) Mu, NY #5707021
Abby Neu, IL #6327370
Ryan E. Carreon, DE #7305
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (872) 294-3799
Email: ksmith@whitewoodlaw.com

*Counsel for Plaintiff*
